# Court of Appeals
# of the State of Georgia

ATLANTA,___June 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1596.  WILLIE C. WALTON et al. v. SUNTRUST BANK et al.**

This appeal was docketed on May 1, 2014. Under Court of Appeals Rules 22 (a) and 23 (a), appellant must file a brief and enumeration of errors within 20 days after the case is docketed, and the failure to file within that time, unless extended for good cause shown, may subject the appeal to dismissal.

Appellants' brief and enumeration of errors in this case were due to be filed no later than May 21, 2014. Appellants filed their brief and enumeration of errors untimely on June 6, 2014, giving no explanation for failing to comply with the deadline. Appellants' brief also failed to contain any citation to the record in violation of Rule 25.

Appellees in this appeal has filed a Motion to Dismiss Appellants' Appeal stating the above-referenced facts.  After careful consideration, appellees' motion is hereby granted and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_06/17/2014_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*